Curtis Estate.

Argued October 1, 1971. Before JONES, EAGEN, O'BRIEN, POMEROY and BARBIERI, JJ.

*Morris H. Goldman,* with him *Samuel H. High, Jr., Morris Wolf, Wolf, Block, Schorr and Solis-Cohen,* and *High, Swartz, Roberts & Seidel,* for appellant.

*Richard P. Brown, Jr.,* with him *W. Wesley Nagle, Samuel L. Sagendorph, Morgan, Lewis & Bockius,* and *Wright, Spencer, Manning & Sagendorph,* for appellees.

OPINION PER CURIAM, December 20, 1971:
Decree affirmed. Appellant to pay costs.
Mr. Chief Justice BELL and Mr. Justice ROBERTS took no part in the consideration or decision of this case.